IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                No. 16-CV-00744-KG-KK
                                                     No. 14-CR-02092-KG

JASON DANIEL SMITH,

    Defendant.

## FINAL JUDGMENT

Pursuant to rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order of Dismissal filed contemporaneously herewith, the Court issues its final judgment finally disposing of this case,

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE